

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

The State of Texas,                          * From the 35th District
                                               Court of Brown County,
                                               Trial Court No. CR22-398.

Vs. No. 11-13-00277-CR                       * September 24, 2015

Mikenzie Renee Rodriguez,                    * Opinion by Bailey, J.
                                               (Panel consists of: Wright, C.J.,
                                               Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below.   Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.   The costs incurred by reason of this appeal are taxed against the State of Texas.